UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE BROWN BROCK,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 14-cv-02875-JSC<br><br>**ORDER OF DISMISSAL**<br><br>(Dkt. No. 23) |

Plaintiff, a California prisoner, filed this pro se civil rights case under 42 U.S.C. § 1983. On October 24, 2014, an order granting extension of time was sent to Plaintiff at the address he provided to the Court, namely the Santa Rita Jail in Dublin, California. On November 12, 2014, the order was returned to the Court by the postal service as undeliverable because Plaintiff was not located at that address. The returned envelope also bears an indication that Plaintiff is no longer in custody. Local Rule 3.11 requires Plaintiff to notify the Court of any change in his address, and that his failure to do so within sixty days of a change of address will result in the dismissal of the action. Plaintiff has not provided the Court with a correct address within sixty days of the date the mail was returned as undeliverable. Accordingly, this case is DISMISSED without prejudice. Defendants' motion to dismiss (Dkt. 23) is DENIED as moot.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED**.

Dated: February 2, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge